UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN HOROWITCH,

    Plaintiff,

vs.          CASE NO.: 6:06-CV-1703-Orl-19JGG

DIAMOND AIRCRAFT INDUSTRIES, INC., a foreign corporation,

    Defendant.

**DEFENDANT'S SUPPLEMENT TO APPLICATION
FOR ATTORNEY'S FEES AND COSTS**

Defendant, Diamond Aircraft Industries, Inc. ("Diamond"), by and through its undersigned counsel and pursuant to Local Rule 3.01(g), hereby submits its Supplement to its Application for Attorney's Fees and Costs and states:

1. The undersigned certifies that she has conferred with Jennifer Dempsey, Esquire, counsel for Plaintiff, regarding Defendants' Application for Attorney's Fees and Costs (Doc. 196) and that Ms. Dempsey does not agree to the relief requested therein.

WHEREFORE, Defendant, Diamond Aircraft Industries, Inc., respectfully requests that this Court grant its Application for Attorney's Fees and Costs.

Dated January 6, 2010
Tampa, Florida

[THIS SPACE INTENTIONALLY BLANK]

Respectfully submitted,

___/s/ Hala Sandridge_____
Hala Sandridge
Florida Bar No. 0454362
hsandrid@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438, Tampa, FL  33601
(813) 228-7411
Fax:  (813) 229-8313

L. Robert Bourgeois
Florida Bar No. 0781540
Email: bbourgeois@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Boulevard, Suite 1500
Tampa, FL  33602
(813) 221-1500
Fax:  (813) 222-3066

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jennifer B. Dempsey, Esquire<br>Georgia Bar No: 217536<br>jdempsey@pogolaw.com<br>William V. Custer, Esquire<br>Georgia Bar No: 202910<br>bcuster@pogolaw.com<br>Brian Cave LLP<br>One Atlantic Center<br>Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>404 572-6600<br>404 572-6999 - fax<br><br>Attorney for Plaintiff | Marc P. Ossinsky, Esquire<br>Florida Bar No: 438588<br>marc@ossinskycathcart.com<br>Christopher C. Cathcart, Esquire<br>chris@ossinskycathcart.com<br>Ossinsky & Cathcart, P.A.<br>2699 Lee Road, Suite 101<br>Winter Park, FL 32789<br>407 629-2484<br>407 629-4429 - fax<br><br>Attorney for Plaintiff |

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ Hala Sandridge
Hala Sandridge
Florida Bar No. 0454362
Email: hsandrid@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438, Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for Defendant

42459027v1

3