UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN HOROWITCH,  )
  )
    Plaintiff,  )
  )  CASE NO.:
vs.  )
  )  6:06-CV-1703-ORL-19JGG
DIAMOND AIRCRAFT INDUSTRIES,  )
INC., a foreign corporation,  )
  )
    Defendant.  )
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant, DIAMOND AIRCRAFT INDUSTRIES, INC., a foreign corporation, pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Amended Bill of Costs of the District Court, for the Middle District of Florida, entered May 28, 2010 (Doc. 217), and the Order of the District Court, for the Middle District of Florida, dated May 26, 2010 (Doc. 216), which denied Defendant DIAMOND AIRCRAFT INDUSTRIES, INC.'s motion for attorney's fees and costs and adopted and affirmed the report and recommendation of the Magistrate Judge

dated April 8, 2010 (Doc. 210) and report and recommendation of the Magistrate Judge dated April 12, 2010 (Doc. 211).

DATED:   June 23, 2010
         Tampa, Florida

>Respectfully submitted,
>
>___/s/ Hala Sandridge___
>Hala Sandridge
>Florida Bar No: 0454362
>FOWLER WHITE BOGGS P.A.
>P.O. Box 1438
>Tampa, FL 33601
>(813) 228-7411
>Fax No: (813) 229-8313
>Email: hsandrid@fowlerwhite.com
>Attorneys for Defendant/Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>___/s/ Hala Sandridge___
>Hala Sandridge

## SERVICE LIST

### Alan Horowitch v. Diamond Aircraft Industries, Inc.
### Case No. : 6:06-cv-1703-Orl-19KRS

| | |
|---|---|
| Jennifer B. Dempsey, Esquire<br>Georgia Bar No: 217536<br>jdempsey@pogolaw.com<br>William V. Custer, Esquire<br>Georgia Bar No: 202910<br>bcuster@pogolaw.com<br>Brian Cave LLP<br>One Atlantic Center<br>Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>404 572-6600<br>404 572-6999 - fax<br><br>Attorney for Plaintiff | Marc P. Ossinsky, Esquire<br>Florida Bar No: 438588<br>marc@ossinskycathcart.com<br>Christopher C. Cathcart, Esquire<br>chris@ossinskycathcart.com<br>Ossinsky & Cathcart, P.A.<br>2699 Lee Road, Suite 101<br>Winter Park, FL 32789<br>407 629-2484<br>407 629-4429 - fax<br><br>Attorney for Plaintiff |

42771743v1

3